**RECEIVED**

DEC 15 2023

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Roger Jerome Day, M.D., et. al

Plaintiff(s),

vs.

Keith Ellison, et. al

Case No. 23-cv-3826 (PAM/ECW)
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL

YES ☒    NO ☐

Defendant(s).

(Enter the full name(s) of ALL defendants in
this lawsuit. Please attach additional sheets
if necessary).

**COMPLAINT**

( I need disability
accommodation to
add other plaintiffs. )

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff

   Name          Roger Jerome Day, M.D.

   Street Address   9701 Xebec St. NE

   County, City   Anoka Co. ; City of Blaine,

   State & Zip Code   Minnesota , Circle Pines Post Office 55014

   Telephone Number   612-710-3890

**SCANNED**
DEC 18 2023
U.S. DISTRICT COURT ST. PAUL

(b...)(disability accommodation is needed to complete
plaintiff list.)

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

a. Defendant No. 1   Keith Ellison

Name   in his personal capacity, and capacity as A.G.

Street Address   c/o Minnesota Office of the Attorney General 445 Minnesota Street, Suite 1400)

County, City   Ramsey Co. City of St. Paul

State & Zip Code   Minnesota   St. Paul Post Office 55101

b. Defendant No. 2   Tim Walz

Name   in his personal capacity, and capacity as Governor

Street Address   c/o Minnesota Office of the Governor 75 Rev Dr. MLK Jr. Blvd, #130

County, City   Ramsey Co., City of St. Paul

State & Zip Code   Minnesota, St. Paul Post Office 55155

c. Defendant No. 3   Dan Ganin

Name   in his personal capacity, and capacity as attorney for B.O.P.

Street Address   c/o Minnesota Board of Pardons/MN Dept. of Corrections 1450 Energy Park Dr., Suite 200

County, City   Ramsey Co., City of St. Paul

State & Zip Code   Minnesota, St. Paul Postal Office 55108

NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.
Check here if additional sheets of paper are attached: ☐ → need disability accommodation to list additional defendants
Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal Question      ☒ Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.

Federal Constitutional questions of Equal Rights and Due Process Statutory questions of R.I.C.O., conspiracy against rights under color of law; violations of Americans with disabilities Act; & other...

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

Plaintiff Name: Roger Day      State of Citizenship: Minnesota

Defendant No. ~~1.~~ 4      State of Citizenship: Illinois

Defendant No. ~~2.~~ (5...)      State of Citizenship: (various non-MN)

Attach additional sheets of paper as necessary and label this information as paragraph 5. — need disability accommodation to complete.)
Check here if additional sheets of paper are attached. ☒

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

☒ Defendant(s) reside in Minnesota   ☒ Facts alleged below primarily occurred in Minnesota

☒ Other: explain

Some of facts alleged are internet-based and global in their reach, occurring from diverse origination but forming a nexus that is Minnesota-centric.

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

3

separately, beginning with number 7.  Please write each single set of circumstances in a separately numbered paragraph.

7. Keith Ellison and - co defendant's are intentionally disseminating false information (about me and my medical history) on a state government websites.

8. Keith Ellison and co-defendants are obstructing my applications for disability accommodation

(9....) I need disability accommodation to complete the list of allegations in the complaint

Attach additional sheets of paper as necessary.
Check here if additional sheets of paper are attached:
Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.

need disability accommodation to complete list of relief sought. > # greater than minimum required for action.

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

I want the Court to: (1) enjoin defendant's from disseminating the false information;

(2) compel defendants' A.D.A. Compliance

(3) declare defendants have violated and are violating plaintiff's civil rights

(4) declare defendants do comprise a RICO syndicate that is doing corrupt acts; (5...)

(5 I need disability accom____ to complete the relief list.)

4

Signed this **15**    day of __December 2023__

Signature of Plaintiff _____

Mailing Address

     9701 Xeboc St. NE
     Circle Pines, MN 55014

Telephone Number    612-710-3890

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.

        need disability
          Accommodation
           to complete.