UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Roger Jerome Day, M.D.,      Civ. No. 23-3826 (PAM/ECW)

    Plaintiff,

v.      **ORDER**

Keith Ellison, Tim Walz, and Dan Ganin,
in their personal and official capacities,

    Defendants.

---

This matter is before the Court on Plaintiff's Motion for Leave to File Late Memorandum in Opposition. (Docket No. 19.) Plaintiff seeks additional time to submit a response to Defendants' Motion to Dismiss and further asks the Court to refer this matter to the Early Settlement Conference Project or "strike down/vacate/injunctively-rescind [sic] Public Action 6-17-05 in the Matter of MN Physician License #33984." (Id. at 1-3.)

Plaintiff contends that he "ha[s] a profound litigation-affecting disability", impeding his ability to "create detailed documents and meet deadlines for written submissions, necessitating leave for late filing and/or oral submission of pleadings." (Id. at 1.) Plaintiff provides no further information regarding a disability. He impliedly asks the Court to research previous lawsuits to find evidence of his disability, but the Court will not conduct independent research in search of support for Plaintiff's assertions. In any event, Plaintiff responded expeditiously to the Court's Order dismissing this lawsuit

for failure to prosecute, thus belying Plaintiff's assertion that a disability prevents him from timely submitting a response.

Plaintiff's pro se status does not relieve him of the obligation to comply with the District of Minnesota's Local Rules or the Federal Rules of Civil Procedure.  Soliman v. Johanns, 412 F.3d 920, 922 (8th Cir. 2005) ("Even pro se litigants must comply with court rules and directives.") (citation omitted).  The Court does not find that an extension is warranted, and thus denies Plaintiff's Motion for more time to file a response. Additionally, the Court will not grant Plaintiff's request to refer this matter to the Early Settlement Conference Project.

Accordingly, **IT IS HEREBY ORDERED that** Plaintiff's Motion for Leave to File Late Memorandum in Opposition (Docket No. 19) is **DENIED**.

Dated: July 31, 2024                              *s/ Paul A. Magnuson*
                                                  Paul A. Magnuson
                                                  United States District Court Judge